IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 08-cv-01109-PAB-MJW

KHALED ANIS SABBAGH,

    Plaintiff,

v.

UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,

    Defendant.

_____

**ORDER OF DISMISSAL WITHOUT PREJUDICE**
_____

    THIS MATTER comes before the Court upon the Stipulated Motion to Dismiss All Claims by Khaled Anis Sabbagh Without Prejudice [Docket No. 27]. The Court has reviewed the pleading and is fully advised in the premises. It is

    **ORDERED** that the motion to dismiss [Docket No. 27] is granted. It is further

    **ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), this matter, and all claims asserted therein, is dismissed without prejudice, with each party to bear its own attorneys' fees and costs.

    DATED June 30, 2009.

                                              BY THE COURT:

                                              s/Philip A. Brimmer
                                              PHILIP A. BRIMMER
                                              United States District Judge